der affirmed, with $10 costs and disbursements. Order filed. See, also, 140 N. Y. Supp. 1115.

---

DAVIDS et al. v. BAER. (Supreme Court, Appellate Division, First Department. March 20, 1913.) Action by Louis A. Davids and another against Louis Baer. No opinion. Motion granted. Questions certified. Order filed. See, also, 140 N. Y. Supp. 55.

---

DAVIES et al., Appellants, v. DELAWARE, L. & W. R. CO., Respondent. (Supreme Court, Appellate Division, Fourth Department. March 19, 1913.) Action by Charles L. Davies and another, as surviving partners, etc., against the Delaware, Lackawanna & Western Railroad Company.

PER CURIAM. Judgment and order affirmed, with costs.

KRUSE, J., dissents, upon the ground that the rule charged by the judge for measuring the defendant's liability was incorrect, as it was too narrow.

---

DAVIS, Respondent, v. GONDOLF, Appellant. (Supreme Court, Appellate Division, First Department. February 28, 1913.) Action by William F. Davis against Frederick Gondolf. K. H. Rosenberg, of New York City, for appellant. A. A. Mayper, of New York City, for respondent. No opinion. Order affirmed, with $10 costs and disbursements. Order filed.

---

DEAN, Respondent, v. CITY OF NEW YORK, Appellant. (Supreme Court, Appellate Division, Second Department. February 14, 1913.) Action by Annie Dean against the City of New York. No opinion. Judgment and order unanimously affirmed, with costs. See, also, 152 App. Div. 907, 137 N. Y. Supp. 1117.

---

In re DELAVAN. (Supreme Court, Appellate Division, Second Department. March 14, 1913.) In the matter of the application of Edward C. Delavan, Jr., for a visitation by a justice of the Supreme Court of the Cypress Hills Cemetery, a domestic membership corporation. No opinion. Order affirmed, with $10 costs and disbursements.

---

DE LONG, Respondent, v. ANDERSON et al., Appellants. (Supreme Court, Appellate Division, Second Department. March 7, 1913.) Action by Emma De Long against William J. Anderson and others.

PER CURIAM. Motion to dismiss appeal granted, with costs.

RICH, J., taking no part.

---

DENARO, Appellant, v. PRUDENTIAL INS. CO. OF AMERICA, Respondent. (Supreme Court, Appellate Division, Second Department. March 7, 1913.) Action by Marianna Denaro against the Prudential Insurance Company of America. No opinion. Motion to resettle order granted, without costs. Settle order before Mr. Justice Carr. See, also, 139 N. Y. Supp. 758.

---

DENNY, Respondent, v. DENNY, Appellant. (Supreme Court, Appellate Division, Second Department. February 28, 1913.) Action by Gilbert Denny against Harriet Denny. No opinion. Interlocutory judgment affirmed, without costs.

---

DERICK, Appellant, v. RICHARDSON, Respondent. (Supreme Court, Appellate Division, Second Department. March 20, 1913.) Action by Jennie May Derick against William P. Richardson. No opinion. Judgment and order affirmed, with costs.

---

DEY, Respondent, v. DEY et al., Appellants. (Supreme Court, Appellate Division, Fourth Department. March 5, 1913.) Action by James Dey against Robert Dey and another.

PER CURIAM. Interlocutory judgment affirmed, with costs, with leave to the defendants to plead over within 20 days, upon payment of the costs of the demurrer and of this appeal. Appeal to Court of Appeals denied, 140 N. Y. Supp. 1116.

McLENNAN, P. J., not sitting.

---

DEY, Respondent, v. DEY et al., Appellants. (Supreme Court, Appellate Division, Fourth Department. March 26, 1913.) Action by James Dey against Robert Dey and another. No opinion. Motion for leave to appeal to Court of Appeals (from 140 N. Y. Supp. 1116) denied, with $10 costs.

---

DICKS v. DICKS et al. (Supreme Court, Appellate Division, Second Department. March 20, 1913.) Action by Joseph C. Dicks against Jennie E. Dicks, Michael Sullivan, appellant. No opinion. Motions denied, with $10 costs. See, also, 139 N. Y. Supp. 1068.

---

DIXON, Respondent, v. NEW YORK REAL ESTATE ASS'N, Appellant. (Supreme Court, Appellate Division, Second Department. February 7, 1913.) Action by Joseph Dixon against the New York Real Estate Association.

PER CURIAM. Judgment and order affirmed, with costs.

JENKS, P. J., and CARR, J., dissent.

---

DONOVAN, Respondent, v. UNITED FRUIT CO., Appellant. (Supreme Court, Appellate Division, First Department. February 28, 1913.) Action by Richard J. Donovan against the United Fruit Company. I. Untermyer, of New York City, for appellant. W. L.